**Motion Granted and Order filed November 25, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00750-CV
_____

### EQUITY INDUSTRIAL LIMITED PARTNERSHIP IV, Appellant

### V.

### BEN REYNOLDS III, BETH REYNOLDS-BUCCI, SOUTHERN WORLDWIDE WAREHOUSE, INC., SOUTHERN WORLDWIDE SOLUTIONS., EVERYTHING4WEBSITES, LLC, EMAIL TOUCHDOWN, LLC AND MPACT SOURCING, INC., Appellees

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-15186**

## ORDER

On November 5, 2014, the parties to this appeal filed a joint motion to adopt briefing deadlines. The motion is granted. Accordingly, we order the following:

- Appellant Equity's opening brief shall be due December 9, 2014;

- Appellees Reynolds' combined response brief and cross appellants'

brief  shall be due January 9, 2015;

• Appellant Equity's combined reply brief and cross appellee's response brief shall be due February 9, 2014; and

• Cross Appellants Reynolds' reply brief shall be due March 2, 2015.


PER CURIAM